# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

128993

NELLIE SCHULTZ and
JAMES SCHULTZ,
       Plaintiffs-Appellees,

v

HENRY FORD HEALTH SYSTEMS, d/b/a
RIVERSIDE OSTEOPATHIC HOSPITAL,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128993
COA: 252643
Wayne CC: 03-314226-NO

      On order of the Court, the application for leave to appeal the May 19, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the judgment of the Wayne Circuit Court. See *Kenny v Kaatz Funeral Home*, 472 Mich 929 (2005).

      CAVANAGH and KELLY, JJ., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

_____
Clerk

s1201